IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOUGLAS ULISSES PORTILLO-CANDIDO, | § § § | |
| Petitioner, | § § | Civil Action No. H-05-1798 |
| v. | § § | Criminal Action No. H-03-44 (01) |
| UNITES STATES OF AMERICA, | § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

As Petitioner Douglas Ulisses Portillo-Candido's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence (Civil Document No. 1, Criminal Document No. 34) has been denied, the Court hereby

DISMISSES Petitioner Douglas Ulisses Portillo-Candido's section 2255 motion.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on this 30th day of November, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge